UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DESMOND DOMINIC WALKER, | CASE NO. EDCV 06-985 JSL (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| MIKE EVANS, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: July 7, 2011

*Spencer Letts*

J. SPENCER LETTS
United States District Judge